THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QING CHEN,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF BELLEVUE,<br><br>                Defendant. | CASE NO. C19-1442-JCC<br><br>ORDER |

      This matter comes before the Court *sua sponte*. On December 3, 2019, the Court ordered Plaintiff to show cause why her complaint should not be dismissed for lack of subject matter jurisdiction. (Dkt. No. 5.) The Court gave Plaintiff 21 days to respond to the Court's order, and thus any response was due on December 24, 2019. (*See id.*) Plaintiff has not responded to the Court's order to show cause or taken any further steps to prosecute this case. Therefore, for the reasons described in the Court's order to show cause dated December 3, 2019, this action is DISMISSED for lack of subject matter jurisdiction. The Clerk is DIRECTED to close this case.

      DATED this 26th day of December 2019.

                                                    John C. Coughenour
                                                    UNITED STATES DISTRICT JUDGE